**JS-6**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Babaldeep Singh, <br>     Plaintiff, <br> v. <br> Donna Campagnolo, District Director, District #23 of United States Citizenship and Immigration Services; Joseph M. Hackbarth, San Fernando Valley Field Office Director U.S. Citizenship and Immigration Services; Kirstjen Nielson, Secretary of Homeland Security; Jeff Sessions, United States Attorney General, et al., <br>     Defendants. | Case No. 2:18-cv-08526-RGK-MAA <br><br> ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSIAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

1

The Court, having received Plaintiff's Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c), HEREBY ORDERS:

A dismissal of Plaintiff's complaint.

Dated: **2/26/19**

*Gary Klausner* (signature)

R. Gary Klausner

United States District Judge

Presented by:

LORENA LARIOS SHAH

Plaintiff's Attorney

_____/S/_____

LORENA LARIOS SHAH

Attorney for Plaintiff

BABALDEEP SINGH